UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISIDORO DAVID HERRERA,<br><br>Defendant. | Case No. 4:12-cr-00020-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Isidoro Herrera's Motion for Compassionate Release. Dkt. 684. Mr. Herrera also sent several letters supporting the motion filed by his counsel and requesting release to a halfway house. Dkt. 686, 688, 689. The Government opposes the motion. Dkt. 687. For the reasons that follow the Court will deny the motion.

## BACKGROUND

Herrera originally pled guilty to conspiracy to distribute a controlled substance and was sentenced to 100 months incarceration. Dkt. 529. Herrera's first term of supervised release began on September 28, 2018 and revoked on September 18, 2019. Dkt. 660. Herrera was sentenced to time served for violating

**MEMORANDUM DECISION AND ORDER - 1**

the terms of his supervised release by using a controlled substance and failing to appear for drug testing. *Id.* On January 17, 2020, the Court again revoked Herrera's supervised release and sentenced him to 13 months incarceration, to be followed by 50 months of supervised release. Dkt. 680. Herrera's supervised release was revoked for use of an illegal substance, failure to participate in drug testing, and use of alcohol. *Id.*

Herrera is 38 years old. Herrera has an extensive criminal history including battery on a law enforcement officer, aggravated assault, and domestic violence, in addition to the federal drug conviction. *PSR*, Dkt. 500. Herrera has been diagnosed with bipolar disorder and schizophrenia, and has struggled to follow the treatment regiment prescribed by his doctors. *See Violation Report*, Dkt. 676. The PSR noted that Herrera had seasonal hay fever but was otherwise in good health. Dkt. 500, ¶ 184. Herrera now reports that he has asthma. *Mot.* at 1, Dkt. 684. The medical records attached to Herrera's motion show that he self-reported asthma and has symptoms consistent with seasonal allergies. *Id.* at 19. However, the medical records also show that his vitals were otherwise normal, and he was only prescribed Benadryl for allergies. *Id.* at 21. In a letter to the Court, Herrera suggests his family doctor may have records showing he has asthma, but these records have not been filed with the Court. Dkt. 688.

**MEMORANDUM DECISION AND ORDER - 2**

## LEGAL STANDARD

Herrera brings this motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). A motion for compassionate release may be made by either the Director of the Bureau of Prisons or by a defendant who has fully exhausted administrative remedies within the Bureau of Prisons (BOP). In order to modify a sentence and grant compassionate release, a district court must engage in a three-step process. First, it must consider the 18 U.S.C. § 3553(a) factors. Second, the court must find that "extraordinary and compelling reasons warrant such a reduction." See 18 U.S.C. § 3582(c)(1)(A). The Sentencing Commission has determined that "extraordinary and compelling reasons" to release a defendant from BOP custody include (1) medical conditions which diminish the ability of the defendant to provide self-care in prison, (2) age-related deterioration, (3) family circumstances, and (4) other extraordinary and compelling reasons that exist either separately or in combination with the previously described categories. *See* USSG § 1B1.13. Third, the Court must find that "the defendant is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142(g)." See 18 U.S.C. § 3582(c)(1)(A).

## ANALYSIS

Herrera sent a request for compassionate release to BOP, however due to his

incarceration at the Nevada Southern Detention Center, BOP is not able to process his request. Dkt. 686 at 3. Therefore, he has exhausted his administrative remedies. Herrera was arrested on the supervised release petition on November 25, 2019 and has served approximately 7 months of his 13-month sentence.

The § 3553(a) factors have not significantly changed since Herrera was sentenced. This is Herrera's second violation of his supervised release. Both times, shortly after returning to the community, he started using alcohol and methamphetamine. Herrera has had only one disciplinary report while incarcerated, however this was withdrawn because he was defending himself from other inmates. Dkt. 686 at 4-6.

Mr. Herrera suggests he has asthma, which may place him at a higher risk of serious impacts from contracting COVID-19. https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/asthma.html (last accessed June 17, 2020). It is not clear from the record whether Herrera actually has asthma or only seasonal allergies. Otherwise, Herrera is 38 years old and is in good physical health. As of May 27, 2020 the Nevada Southern Detention Center had two inmates test positive for COVID-19. *Carpenter Aff.* at 1-2, Dkt. 687-1. The Detention Center has implemented numerous measures to reduce the potential spread of COVID-19 among inmates. *Id.* at 3-4. Due to the speculative

MEMORANDUM DECISION AND ORDER - 4

nature of Herrera's asthma and the measures being taken by the Detention Center the Court cannot say that Herrera has presented extraordinary or compelling reasons for release.

Even if Herrera had presented extraordinary or compelling reasons for release the Court would still deny his motion because he is a danger to the community. Both times he has been returned to the community he has started using methamphetamine. He has also been unwilling or unable to comply with the mental health treatment prescribed by his provider. Further, Herrera states he may live with Marla Ereaux on release. However, Ms. Ereaux reported that on his second term of supervision Herrera threatened her. *Report* at 3, Dkt. 676.

Considering all of the factors, the Court will deny Mr. Herrera's motion for compassionate release.

## ORDER

**IT IS ORDERED** that Defendant's Motions for Compassionate Release (Dkt. 684, 689) are **DENIED**.

DATED: June 22, 2020

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 5**